**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                              NO. 4:10CR00202 JLH

JASON ELLIOT GALLERY                                                    DEFENDANT

## ORDER

On March 30, 2012, this matter was set for trial for the week of July 9, 2012.  The trial is

hereby rescheduled to begin at *9:15 a.m. on TUESDAY, JULY 10, 2012*, in Courtroom #4-D, in

Little Rock, Arkansas.  Counsel and defendant should be present in the courtroom by 8:30 a.m.

IT IS SO ORDERED this 27th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE